IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. PIENO, JR. and DIONE PIENO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ATWOOD MORRILL CO, et al., ) <br> ) <br> Defendants. ) | C.A. No. 16-1119 (MN) (SRF) |

## **ORDER ADOPTING REPORT AND RECOMMENDATIONS**

WHEREAS, a Report and Recommendations was filed in this action on June 27, 2018 (D.I. 161);

WHEREAS, no objections were filed to the Report and Recommendations pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period;

THEREFORE, IT IS HEREBY ORDERED this 13th day of September 2018 that the Report and Recommendations is ADOPTED.

BY THE COURT:

_____
The Honorable Maryellen Noreika
United States District Court Judge